1   Kathleen Maylin (State Bar No. 155371)
    Svetlana Vaksberg (State Bar No. 192919)
2   JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
3   San Francisco, California  94105
    Telephone:     (415) 394-9400
4   Facsimile:     (415) 394-9401

5   Attorneys for Defendant
    ONESOURCE BUILDING SERVICES, INC.
6

7   Rand Stephens (SBN 117229)
    Law Offices of Rand Stephens
8   1125 B Arnold Drive, Suite 278
    Martinez, CA  94553
9   Telephone:     (510) 232-9335
    Facsimile:     (510) 232 4633

10  Attorneys for Plaintiff
    ANDRÉ EDMOND BRAND
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15  ANDRE EDMOND BRAND,                  C 05-04236 TEH

16              Plaintiff,               **STIPULATION FOR DISMISSAL
                                         WITH PREJUDICE**
17       v.
                                         **[F.R.C.P. 41(a)(1)(ii)]**
18  ONE SOURCE BUILDING SERVICES, INC.,
    and DOES ONE THROUGH TWENTY,
19  inclusive,

20              Defendants.

21

22          The parties, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of

23  the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with

24  //

25  //

26  //

27  //

28
                                         1

**STIPULATION FOR DISMISSAL WITH PREJUDICE**                          C 05-04236 TEH

1   prejudice, each party to bear its own attorney's fees and costs.

2   Dated: November 2b, 2006          LAW OFFICES OF RAND L. STEPHENS

3

4   By _____

5                                    Rand L. Stephens
                                     Attorneys for Plaintiff
6                                    ANDRE EDMOND BRAND

7

8   Dated: November 25, 2005         JACKSON LEWIS LLP

9

10  By _____

11                                   Kathleen Maylin
                                     Svetlana Vaksberg
12                                   Attorneys for Defendant
                                     ONESOURCE BUILDING SERVICES, INC

13

14  **IT IS SO ORDERED.**

15

16  Dated: _____11/27/06_____

17                                   HONORABLE THELTON E. HENDERSON
                                     U.S. DISTRICT COURT

18

19

20  Judge Thelton E. Henderson

21

22

23

24

25

26

27

28

                                     2